**E-FILED**
Wednesday, 29 November, 2006  01:42:54 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  02-30101 |
| | ) | |
| EMILY NICHOLSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| MCDONALD'S | ) | |
| % ARNOLD BEHRENS DETERS | ) | |
| & GRAY, P.C., | ) | |
| | ) | |
| Garnishee. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

IT IS THEREFORE ORDERED that a Writ of Continuing Earnings Garnishment submitted by the Government shall be issued.

ENTER:   November 28, 2006.

       FOR THE COURT:


                                    s/  Jeanne E. Scott
                                    JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE